UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
_____ DIVISION

FILED
APR 18 2012
[signature] CLERK

Jennifer Wounded Knee

Plaintiff(s),

vs. Tribal Council
CC Tribal Election Board
Crow Creek Sioux Tribe

Defendant(s).

Case No. 12-3013
(To be supplied by the Clerk)

**COMPLAINT**

**JURISDICTION**

1. I have exhausted all Tribal avenues and we CCST do not have an appellate court so we appeal to the Federal Court.
2. The Election Board is selected by the Tribal Council so there is a conflict of interest.
3. See attached documents
4. 
5. Basically they have violated our constitutional right to vote in an honest election.

**PRAYER FOR RELIEF**

Plaintiff requests the following relief:

1. Stop general election on Apr 19, 2012
2. To have another primary election under a different/independent election board
3. To get my $50.00 protest fee and $35.00 injunction fee back.

Dated this 18 day of April, 2012

_Jennifer Wounded Knee_
(Signature Line)

Jennifer Wounded Knee
(Printed Name of Plaintiff), Pro Se

Box #496
Address

Fort Thompson, SD 57339
City/State/Zip Code

(605) 730-0948
Telephone Number